# UNITED STATES DISTRICT COURT

## for the

## Northern District of Illinois

| | ) | |
|---|---|---|
| Terrence Williams | ) | |
| v. | ) | Case No.: 12 C 9185 |
| Jamie Chesna, et al., | ) | |
| | ) | |

### Bill of Costs

Judgment having been entered in the above entitled action  __May 7, 2014__  against  _____Terrence Williams_____ ,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,136.49 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $24.30 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case. . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $100.00 |
| TOTAL | $          $1,260.79 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❏    Electronic service by e-mail as set forth below and/or.

❏    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    __Thomas J. Aumann_____

Name of Attorney:    __Thomas J. Aumann_____

For:  __Defendants Jamie Chesna and Raoul Mosqueda_____   Date:  _6/3/14_____

Name of Claiming Party

Costs are taxed in the amount of  _____  and included in the judgment.

| | | |
|---|---|---|
| _____ | By:  _____ | _____ |
| Clerk of Court | Deputy Clerk | Date |

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

### RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e):**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|                          |             |   |                         |
|--------------------------|-------------|---|-------------------------|
| Terrence Williams        |             | ) |                         |
|                          |             | ) |                         |
|                          | Plaintiff,  | ) |                         |
| v.                       |             | ) | Case #  12 C 9185       |
|                          |             | ) | Judge Leinenweber       |
| City of Chicago, et al., |             | ) | Magistrate Judge Keys   |
|                          |             | ) |                         |
|                          | Defendants, | ) |                         |

## **ITEMIZATION FOR DEFENDANTS' BILL OF COSTS**

Index of attachments:

Totals of all
Fees of the Clerk
Fees for Printed or Electoniclly Recorded Transcripts & Deposition
Fees for Exemplification and Copies of Papers
Other

## Totals

| Description | Amount |
|---|---|
| Fees for Printed or Electoniclly Recorded Transcripts & Deposition | $1,136.49 |
| Fees for Exemplification and Copies of Papers | $24.30 |
| Other | $100.00 |
| **TOTAL OF ALL SECTIONS** | **$1,260.79** |

# Depositions and Transcripts

| Deponent | Type | Date | # of copy pages | Amount per page allowed to recover | Attendance Fee | Total Amount Recoverable |
|---|---|---|---|---|---|---|
| Terrence Williams | Deposition Original | 8/7/2013 | 110 | $3.65 | $60.00 | $461.50 |
| Amos Wilson | Deposition Original | 9/19/2013 | 51 | $3.65 | $60.00 | $246.15 |
| Jamie Chesna | Deposition Original | 9/9/2013 | 80 | $2.56 | $0.00 | $204.80 |
| Raoul Mosqueda | Deposition Original | 8/15/2013 | 84 | $2.56 | $0.00 | $215.04 |
| People v.Terrence Williams | Court Transcript | 1/20/2011 | 3 | $3.00 | $0.00 | $9.00 |
| TOTAL COST | | | | | | $1,136.49 |

# Exemplification and Copies of Papers

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|------|-------------|-------------------|-------------|-----------------|--------------|
| 1/24/2013 | MOTION by Defendants | 3 | 1 | $0.15 | $0.45 |
| 2/15/2013 | ANSWER to Complaint with Jury Demand and Affirmative Defenses | 8 | 1 | $0.15 | $1.20 |
| 4/21/2014 | MOTION by Defendants (Attachments: # 1 Exhibit A, # 2 Exhibit B) | 24 | 1 | $0.15 | $3.60 |
| 4/25/2014 | RESPONSE by | 1 | 1 | $0.15 | $0.15 |
| 5/2/2014 | MOTION by Defendants | 5 | 1 | $0.15 | $0.75 |
| | Chesna Interrogatory Answers | 10 | 1 | $0.15 | $1.50 |
| | Defendants' Response to Plaintiff's Production Request | 12 | 1 | $0.15 | $1.80 |
| | Defendants' First Request for Production of Documents | 4 | 1 | $0.15 | $0.60 |
| | Defendants' 26(a) Disclosures | 5 | 1 | $0.15 | $0.75 |
| | Mosqueda's Interrogatory Answers | 10 | 1 | $0.15 | $1.50 |
| | Documents produced (FCRL1-80) | 80 | 1 | $0.15 | $12.00 |
| **TOTAL AMOUNT** | | | | | **$24.30** |

# Other Costs

| Description | Vender | Amount |
|---|---|---|
| 2 Enlargements (24" x 36") at $50.00 | Created in-house | $100.00 |
| **TOTAL COST** | | **$100.00** |

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 130807CML
Job Date: 08/07/2013
Order Date: 08/07/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 88033
Inv.Date: 08/15/2013
Balance: $555.75

**Bill To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Williams, Terrence**
vs
**City of Chicago / Chesna, Jamie**
Action #: 12 C 9185
Rep: CML
Cert: 084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Terrence Williams | Original Certified Transcript | Pages | 110 | $4.25 | $46.75 | $420.75 |
| | | Appearance (Hourly Ext) | Hours | 3.00 | $50.00 | $15.00 | $135.00 |

1. Case Name: _Williams v. Chesna_
2. Case Number: _12 C 9185_
3. Client Dept: _CPD_
4. Atty Signature: _Jamie_
5. Date Approved: _9/6/13_
6. Law Dept. Division: _FCRL_

AUG 20 2013

**Comments:**

NET 30 DAYS @ 1.5%   225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $555.75 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $555.75 |
| Payment | $0.00 |
| Balance Due | $555.75 |

Federal Tax I.D.: 36-3368198        Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

## Invoice

Invoice #: 88033
Inv.Date: 08/15/2013
Balance: $555.75
Job #: 130807CML
Job Date: 08/07/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637






ꓥIRE
ꓥhicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

BRENDAN MOORE ,ESQ.
CORPORATION COUNSEL - CHICAGO
C/O ANGIE FUENTES - SUITE 1640
30 NORTH LASALLE STREET
CHICAGO, IL 60602

## Invoice # EQ511573

| | |
|---|---|
| Invoice Date | 09/24/2013 |
| Terms | NET 30 |
| Payment Due | 10/24/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | FILE # 10L4414 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/19/2013 | WILLIAMS vs. CITY OF CHICAGO | 467473 | 09/23/2013 | COURIER |

| Description | Amount |
|---|---|
| Services Provided on 09/19/2013, AMOS WILSON (WINONA, MN) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (51 Pages) | $ 195.84 |
| APPEARANCE FEE HOURLY (1.50 Hours) | $ 67.62 |
| | $ 263.46 |
| TRAVEL - CR (INC'S MILEAGE & 5 HR TRAVEL) | $ 150.00 |
| | $ 150.00 |

1. Case Name: _712 C 9185_
2. Case Number: _Williams v C/C_
3. Client Dept.: _Fed Tort_
4. Atty Signature: _[signature]_
5. Date Approved: _10/25/13_
6. Law Dept. Division: _FCB_

OCT 15 2013

MATTER NUMBER: 10 L 4414
FILE # 10L4414 - N/A

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/08/2013** | **$ 413.46** |
| Amount Due After 11/08/2013 | $ 454.81 |

---

Tax Number:   45-3463120



ESQUIRE

BRENDAN MOORE ,ESQ.
CORPORATION COUNSEL - CHICAGO
C/O ANGIE FUENTES - SUITE 1640
30 NORTH LASALLE STREET
CHICAGO, IL 60602

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  [MasterCard]  [DISCOVER]

| | |
|---|---|
| Invoice #: | EQ511573 |
| Payment Due: | 10/24/2013 |
| **Amount Due On/Before 11/08/2013** | **$ 413.46** |
| Amount Due After 11/08/2013 | $ 454.81 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

071 0000511573 09242013 3 000041346 2 10242013 11082013 2 000045481 60

# INVOICE



**JENSEN**
Litigation Solutions
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286649 | 3/26/2014 | 109997 |
| **Job Date** | **Case No.** | |
| 9/9/2013 | 12 CV 9185 | |
| **Case Name** | | |
| Williams vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

---

CERTIFIED TRANSCRIPT

| | | |
|---|---|---|
| Officer Jamie Chesna | 80.00 Pages | 204.80 |
| Electronic PDF File as Transcript | | 0.00 |
| Exhibits | 19.00 Pages | 8.55 |
| | TOTAL DUE >>> | **$213.35** |

Ordered By : Brendan Moore
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

Ordered on 3-26-2014
Notification sent on 3-26-2014

1. Case Name: _Williams v Cit_
2. Case Number: _12 CV 9185_
3. Client Dept: _(DPL)_
4. Atty Signature: _Gorman_
5. Date Approved: _4/8/14_
6. Law Dept. Division: _____

MAR 27 2014

Let Jensen Litigation Solutions make your job easier!
Online Scheduling/Account Management | 24/7 Transcript Repository | Videoconferencing | Videography |
Teleconference | Web Conferencing | Jury Research | Equpment Rental | Trial Presentation | Creative Photography
Call today for more information!

---

**Tax ID:** 36-3811129

Phone: (312) 744-0200 Fax:

*Please detach bottom portion and return with payment.*

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

| | | | |
|---|---|---|---|
| Job No. | : 109997 | BU ID | : 1-MAIN |
| Case No. | : 12 CV 9185 | | |
| Case Name | : Williams vs. City of Chicago | | |
| | | | |
| Invoice No. | : 286649 | Invoice Date | : 3/26/2014 |
| **Total Due** | **: $213.35** | | |

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Jensen Litigation Solutions**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL 60601**

# INVOICE



**JENSEN**
*Litigation Solutions*
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286707 | 4/1/2014 | 109061 |
| **Job Date** | **Case No.** | |
| 8/15/2013 | 12 CV 9185 | |
| **Case Name** | | |
| Williams vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL  60602

---

CERTIFIED TRANSCRIPT

| | | | |
|---|---|---|---|
| Officer Raoul Mosqueda | 84.00 | Pages | 215.04 |
| Electronic PDF File as Transcript | | | 0.00 |
| Exhibits | 19.00 | Pages | 8.55 |
| | | **TOTAL DUE >>>** | **$223.59** |

Ordered By   :   Brendan Moore
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL  60602

Ordered on 3-11-2014
Notification sent on 4-1-2014

1. Case Name: *Williams v. City*
2. Case Number: *12 C 9185*
3. Client Dept: *CPD*
4. Atty Signature: *(signature)*
5. Date Approved: *4/18/17*
6. Law Dept. Division: *FCRC*

APR 03 2014

Let Jensen Litigation Solutions make your job easier!
Online Scheduling/Account Management  |  24/7 Transcript Repository  |  Videoconferencing  |  Videography  |
Teleconference  |  Web Conferencing  |  Jury Research  |  Equpment Rental | Trial Presentation  |  Creative Photography
Call today for more Information!

---

**Tax ID:** 36-3811129

Phone: (312) 744-0200   Fax:

*Please detach bottom portion and return with payment.*

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL  60602

| | | | |
|---|---|---|---|
| Job No. | : 109061 | BU ID | : 1-MAIN |
| Case No. | : 12 CV 9185 | | |
| Case Name | : Williams vs. City of Chicago | | |
| Invoice No. | : 286707 | Invoice Date | : 4/1/2014 |
| **Total Due** | : **$223.59** | | |

Remit To:   **Jensen Litigation Solutions**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL  60601**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

8M
3-15-13

## DIANE WASHINGTON
OFFICIAL COURT REPORTERS
16501 KEDZIE PARKWAY
ROOM 071-LOWER LEVEL
MARKHAM, IL 60428
3/15/2013

TO:   LINDA JENKINS-CORPORATION COUNSEL
      312 744-5120   ACC Brendan Moore

PEOPLE OF THE STATE VS. TERRENCE WILLIAMS
No. 10MC1 263096
HEARD BEFORE: JUDGE GLORIA CHEVERE
DATE OF HEARING: 1/20/2011

TOTAL AMOUNT OF PAGES: 03PAGES @ $3.00
TOTAL AMOUNT: $9.00
AMOUNT RECEIVED: $0
BALANCE: $9.00

1. Case Name: Williams v. Chesna et al.
2. Case Number: 12 C 9185
3. Client Dept: Police
4. Atty Signature: _____
5. Date Approved: 3 19 13
6. Law Dept. Division: FCRL

RECEIVED BY: _____
DATE RECEIVED: _____

MAR 1 8 2013

To the best of my knowledge, I certify that
this invoice has not been previously paid.

Signature_____

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
_Phone:_ (312) 781-9586   _Fax:_ (312) 781-9228

Job #: 130807CML
Job Date: 08/07/2013
Order Date: 08/07/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| | |
|---|---|
| _Invoice #:_ | 88033 |
| _Inv.Date:_ | 08/15/2013 |
| _Balance:_ | $555.75 |

**Bill To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Action:** Williams, Terrence
_VS_
City of Chicago / Chesna, Jamie
_Action #:_ 12 C 9185
_Rep:_ CML
_Cert:_ 084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Terrence Williams | Original Certified Transcript | Pages | 110 | $4.25 | $46.75 | $420.75 |
| | | Appearance (Hourly Ext) | Hours | 3.00 | $50.00 | $15.00 | $135.00 |

1. Case Name: _Williams v. Chesna_
2. Case Number: _12 C 9185_
3. Client Dept: _CPD_
4. Atty Signature: _Jamie_
5. Date Approved: _9/6/13_
6. Law Dept. Division: _FCR_

AUG 2 0 2013

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm
or any other entity personally responsible for payment of shorthand reporting services rendered at the
request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $555.75 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $555.75 |
| Payment | $0.00 |
| Balance Due | $555.75 |

Federal Tax I.D.: 36-3368198 | _Terms:_ Net 30 Days @ 1.5%

_Please KEEP THIS PART for YOUR RECORDS._
_Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT._

---

**Bill To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

## Invoice

**Deliver To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

| | |
|---|---|
| _Invoice #:_ | 88033 |
| _Inv.Date:_ | 08/15/2013 |
| _Balance:_ | $555.75 |
| _Job #:_ | 130807CML |
| _Job Date:_ | 08/07/2013 |
| _DB Ref.#:_ | |
| _Date of Loss:_ | / / |
| _Your File #:_ | |
| _Your Client:_ | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  


~~~IRE
Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


ESQUIRE

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # EQ511573

| Invoice Date | 09/24/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/24/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | FILE # 10L4414 |

BRENDAN MOORE ,ESQ.
CORPORATION COUNSEL - CHICAGO
C/O ANGIE FUENTES - SUITE 1640
30 NORTH LASALLE STREET
CHICAGO, IL 60602

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/19/2013 | WILLIAMS vs. CITY OF CHICAGO | 467473 | 09/23/2013 | COURIER |

| Description | Amount |
|---|---|
| Services Provided on 09/19/2013, AMOS WILSON (WINONA, MN) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (51 Pages) | $ 195.84 |
| APPEARANCE FEE HOURLY (1.50 Hours) | $ 67.62 |
| | $ 263.46 |
| TRAVEL - CR (INC'S MILEAGE & 5 HR TRAVEL) | $ 150.00 |
| | $ 150.00 |

1. Case Name: 12 C 9185
2. Case Number: Williams v. City
3. Client Dept: FCRX law
4. Atty Signature: [signature]
5. Date Approved: 10/25/13
6. Law Dept. Division: FCRX

OCT 1 5 2013

**MATTER NUMBER: 10 L 4414**
**FILE # 10L4414 - N/A**

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 11/08/2013** | | **$ 413.46** |
| Amount Due After 11/08/2013 | | $ 454.81 |

---

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



ESQUIRE

VISA  MasterCard  DISCOVER  [card logos]

| | |
|---|---|
| Invoice #: | EQ511573 |
| Payment Due: | 10/24/2013 |
| **Amount Due On/Before 11/08/2013** | **$ 413.46** |
| Amount Due After 11/08/2013 | $ 454.81 |

BRENDAN MOORE ,ESQ.
CORPORATION COUNSEL - CHICAGO
C/O ANGIE FUENTES - SUITE 1640
30 NORTH LASALLE STREET
CHICAGO, IL 60602

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

071 0000511573 09242013 3 000041346 2 10242013 11082013 2 000045481 60

# INVOICE



**JENSEN**
*Litigation Solutions*
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286649 | 3/26/2014 | 109997 |
| **Job Date** | **Case No.** | |
| 9/9/2013 | 12 CV 9185 | |
| **Case Name** | | |
| Williams vs. City of Chicago | | |
| | **Payment Terms** | |
| Net 30 | | |

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

---

CERTIFIED TRANSCRIPT

| Officer Jamie Chesna | | | 80.00 Pages | | 204.80 |
|---|---|---|---|---|---|
| Electronic PDF File as Transcript | | | | | 0.00 |
| Exhibits | | | 19.00 Pages | | 8.55 |

TOTAL DUE >>>  **$213.35**

Ordered By : Brendan Moore
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

Ordered on 3-26-2014
Notification sent on 3-26-2014

1. Case Name: *Williams v City*
2. Case Number: *12 C 9185*
3. Client Dept: *(IPD)*
4. Atty Signature: *Bannon*
5. Date Approved: *4/18/12*
6. Law Dept. Division:

MAR 27 2014

Let Jensen Litigation Solutions make your job easier!
Online Scheduling/Account Management | 24/7 Transcript Repository | Videoconferencing | Videography |
Teleconference | Web Conferencing | Jury Research | Equpment Rental | Trial Presentation | Creative Photography
Call today for more information!

---

**Tax ID:** 36-3811129

Phone: (312) 744-0200   Fax:

*Please detach bottom portion and return with payment.*

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : 109997 | | BU ID | : 1-MAIN | |
| Case No. | : 12 CV 9185 | | | | |
| Case Name | : Williams vs. City of Chicago | | | | |
| | | | | | |
| Invoice No. | : 286649 | | Invoice Date | : 3/26/2014 | |
| **Total Due** | : **$213.35** | | | | |

---

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Jensen Litigation Solutions**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL 60601**

# INVOICE



**JENSEN**
*Litigation Solutions*
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286707 | 4/1/2014 | 109061 |
| **Job Date** | **Case No.** | |
| 8/15/2013 | 12 CV 9185 | |
| **Case Name** | | |
| Williams vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

---

CERTIFIED TRANSCRIPT

| | | |
|---|---|---|
| Officer Raoul Mosqueda | 84.00 Pages | 215.04 |
| Electronic PDF File as Transcript | | 0.00 |
| Exhibits | 19.00 Pages | 8.55 |
| | **TOTAL DUE >>>** | **$223.59** |

Ordered By : Brendan Moore
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

Ordered on 3-11-2014
Notification sent on 4-1-2014

1. Case Name: *Williams v. City*
2. Case Number: *12 C 9185*
3. Client Dept: *CPD*
4. Atty Signature: *Sunne*
5. Date Approved: *4/18/17*
6. Law Dept. Division: *FCRC*

APR 0 3 2014

Let Jensen Litigation Solutions make your job easier!
Online Scheduling/Account Management | 24/7 Transcript Repository | Videoconferencing | Videography |
Teleconference | Web Conferencing | Jury Research | Equpment Rental | Trial Presentation | Creative Photography
Call today for more information!

---

Tax ID: 36-3811129

Phone: (312) 744-0200   Fax:

*Please detach bottom portion and return with payment.*

Angie Fuentes
City of Chicago Department of Law
30 North Lasalle Street
9th Floor
Chicago, IL 60602

| | | | |
|---|---|---|---|
| Job No. | : 109061 | BU ID | : 1-MAIN |
| Case No. | : 12 CV 9185 | | |
| Case Name | : Williams vs. City of Chicago | | |
| | | | |
| Invoice No. | : 286707 | Invoice Date | : 4/1/2014 |
| **Total Due** | : **$223.59** | | |

Remit To: **Jensen Litigation Solutions**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**     AMEX   DISCOVER   VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

8/n
3-15-13

**DIANE WASHINGTON**
OFFICIAL COURT REPORTERS
16501 KEDZIE PARKWAY
ROOM 071-LOWER LEVEL
MARKHAM, IL 60428
3/15/2013

TO:    LINDA JENKINS-CORPORATION COUNSEL
       312 744-5120    Acc Brendan Moore

PEOPLE OF THE STATE VS. TERRENCE WILLIAMS
No. 10MC1 263096
HEARD BEFORE: JUDGE GLORIA CHEVERE
DATE OF HEARING: 1/20/2011

TOTAL AMOUNT OF PAGES: 03PAGES @ $3.00
TOTAL AMOUNT: $9.00
AMOUNT RECEIVED: $0
BALANCE: $9.00

1. Case Name: Williams v. Chesna et al.
2. Case Number: 12 C 9185
3. Client Dept: Police
4. Atty Signature: _____
5. Date Approved: 3/19/13
6. Law Dept. Division: FCRL

RECEIVED BY: _____
DATE RECEIVED: _____            MAR 1 8 2013

To the best of my knowledge, I certify that
this invoice has not been previously paid.

Signature _____